IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA

-V-                                              CRIMINAL NO.     3:13cr483

Keyzelle Limamauel Thomas

### RIGHT TO APPEAL

I have been notified by the court of my right to appeal and that I must do so within fourteen (14) days of the entry of the judgment.

I have discussed this right with my attorney.

☐  I do not want to appeal.

☑  I do want to appeal.

_____
Defendant's Signature

_____
Defendant's Attorney

March 4 2014
Date